UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| WANDA WATTS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 12-56-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| WELTMAN, WEINBERG & REIS, CO., | ) | **ORDER** |
| L.P.A., | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

The parties to this action having filed a Joint Stipulation of Dismissal With Prejudice

[Record No. 32], it is hereby

**ORDERED** that this action is **DISMISSED**, with prejudice, as settled.  The action is

**STRICKEN** from the Court's docket with each party responsible for her/its costs, expenses, and

attorney's fees incurred herein.  All deadlines previously established are **VACATED** and **SET**

**ASIDE**.

This 28th day of June, 2013.



Signed By:
*Danny C. Reeves* DCR
United States District Judge

-1-